# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 2:18-mj-00256-VCF |
| | ) | |
| MELVIN BROWN | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe | Courtroom No.: | 3A |
| --- | --- | --- | --- |
| | | Date and Time: | 03/05/2018 at 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 26, 2018

*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge

*Printed name and title*

